UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| GOURDOUGH'S HOLDINGS, LLC., | § | CASE NO. 20-10720-hcm |
| GOURDOUGH'S, LLC., and | § | CASE NO. 20-10721-hcm |
| GOURDOUGH'S PUBLIC HOUSE, LLC. | § | CASE NO. 20-10722-hcm |
| Jointly Administered Debtors[1] | § | (Chapter 11, Subchapter V) |
| | § | (Jointly Administered under |
| | § | Case NO. 20-10720-hcm) |

## BALLOT SUMMARY FOR THE DEBTOR'S PLAN OF REORGANIZATION

The Debtors file this tabulation of ballots in connection with the Debtors' Joint Plan of Reorganization (the "Plan").

1.      The Ballot Summary prepared by counsel for the Debtors is attached as Exhibit "A," which tabulates the Ballots received according to voting class and claim amount. With respect to classes of claims, the claim amount used for voting purposes is the amount indicated in the Ballot Tabulation.

2.      Copies of all Ballots received and approved for purposes of preparing this Ballot Summary are attached as Exhibit "B."

DATED:      January 21, 2021            */s/ Todd Headden*
                                Todd Headden
                                HAYWARD PLLC
                                State Bar No. 24096285
                                901 Mopac Expressway South,
                                Building 1, Suite 300
                                Austin, Texas 78746
                                737.881.7104 (Direct/Fax)
                                theadden@haywardfirm.com

                                DEBTOR'S COUNSEL

---

[1] The last four digits of each Debtor's federal tax identification number are: Gourdough's Holdings, LLC (5480), Gourdough's, LLC (2197), and Gourdough's Public House, LLC (5778). The Debtors' mailing address is 4618 Englewood Dr. Austin, Texas 78745.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of foregoing was served on January 21, 2021 via CM/ECF on all parties requesting notice thereby as well as on all parties listed below via email if an email address is indicated and on January 21, 2021 or within one business day thereafter via United States First Class Mail.

/s/*Todd Headden*
Todd Headden

**Debtor**:

Gourdough's Holding, LLC
4618 Englewood Drive
Austin, TX 78745

**Debtor**:

Gourdoughs, LLC
4618 Englewood Drive
Austin, TX 78745

**Debtors' Representative**:

Ryan Palmer
5708 Trailridge Dr.
Austin, TX 78731

**Debtor's Counsel**:

Todd Brice Headden
Hayward PLLC
901 Mopac Expressway South
Building 1, Suite 300
Austin, TX 78746

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
Austin, TX 78701-2450

**Debtor**:

Gourdough's Public House, LLC
4618 Englewood Drive
Austin, TX 78745

**Debtors' Representative**:

Paula Samford
118 Havana St.
Austin, TX 78704-6336

**Debtor's Counsel**:

Herbert C. Shelton II
Hayward PLLC
901 Mopac Expressway South
Building 1, Suite 300
Austin, TX 78746

**UST**

United States Trustee – AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

**SBRA TRUSTEE**
Eric Terry
Eric Terry Law, PLLC
3511 Broadway
San Antonio, TX 78209-6513

Kim Bernard Battaglini
Strong, Pipkin, Bissell & Ledyard, LLP
Two Riverway, Suite 1020
Houston, TX 77056

E. Stuart Phillips
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin, TX 78711-2548

Grand Parkway Capital Fund I LP
23322 Grand Corner Drive, Suite 150
Katy, TX 77449

ALSCO – AUSTIN
449 Vista Ridge Drive
Kyle, TX 78640-2413

American Arbitration Association
13727 Noel Road, Ste 700
Dallas, TX 75240

American Express
P.O. Box 650448
Dallas, TX 75265-0448

AMTRUST NORTH AMERICA
P.O. Box 6939
Cleveland, OH 44101-1939

AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014

AmTrust North America, Inc.
Security National Insurance Co.
C/O Maurice Wutscher, LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540

Austin Restaurant Equipment, Inc.
7801 Chimney Corners
Austin, TX 78731-1526

Blue Bell Creameries
P.O. Box 674272
Dallas, TX 75267-4272

Bluevine Capital, Inc.
Attn: Andy Shaw
401 Warren Street, Ste 300
Redwood City, CA 94063-1578

Brinks Home Security
Department CH 8628
Palatine, IL 6005-8628

Bridgeway Dev. LLC
118 Havana St.
Austin, TX 78704

Bug Master
1912 Smith Rd.
Austin, TX 78721

Capital One
P.O. Box 60599
City of Industry, CA 91716-0599

CHAT BACK
1019 Market Street
San Francisco, CA 94103-1612

City of Austin
P.O. Box 2267
Austin, TX 78768-2267

Comptroller Public Accounts
P.O. Box 149348
Austin, TX 78714-9348

Detergent Services, Inc.
2607 Tallina Way
Houston, TX 77080-3808

DIRECTV
P.O. Box 5014
Carol Stream, IL 60197-5014

Durdel Designs
10604 School House
Austin, TX 78750-1757

Easy Ice, LLC
P.O. Box 650769
Dallas, TX 75265-0769

Favor, Inc.
2416 E. 6th St.
Austin, TX 78702-3933

FINTECH
3109 W. Dr. Martin Luther King Jr. Blvd
Suite 200
Tampa, FL 33607-6240

FINTECT
P.O. Box 580045
Charlotte, NC 28258-0045

First Corporate Solutions
914 S. Street
Sacramento, CA 95811

Flores River Walk Properties
9327 Callaghan Road
San Antonio, TX 78230-4614

Huaylas, LLC/Holton Latham Burns
c/o Gary Calabrese
1301 Nueces St., Ste 200
Austin, TX 78701-1739

Geeks Who Drink
3795 E 38th Ave.
Denver, CO 80205-3816

Grunt Pest Management
7703 N. Lamar Blvd. Ste 103
Austin, TX 78752-1059

Hanover Insurance Group
P.O. Box 580045
Charlotte, NC 28258-0045

Hill Country Dairies
P.O. Box 80467
Austin, TX 78708-0467

Hill Country Springs
P.O. Box 2220
Manchaca, TX 78652-2220

Huaylas, LLC/ Holton Latham Burns
P.O. Box 5885
Austin, TX 78763-5885

Hydroplus
6800 West Gate Blvd. Ste. 132-587
Austin, TX 78745-4883

I.C. System, Inc.
P.O. Box 64378
Saint Paul, MN 55164-0378

Ian McCathy, Barnett & Garcia
3821 Juniper Trace, Ste. 180
Austin, TX 78738

Jakes, Inc.
13400 Hollister Dr.
Houston, TX 77086-1218

Jason A. D'Amato
C/o: Simon Hendershot
1800 Bering Dr #600
Houston, TX 77057

LCA Bank Corporation
P.O. Box 1650
Troy, MI 48099-1650

Liquid Environmental Systems
1307 Galway St.
Knoxville, TN 37917-6155

Lonestar Beverage Systems
475 Herman HL
Kingsbury, TX 78638-1405

McGuire Moorman
1711 S. Congress Ave., Ste 200
Austin, TX 78704-3556

Mission Restaurant Supply
P.O. Box 10310
San Antonio, TX 78210-0310

Mood Media
P.O. Box 1098
San Antonio, TX 78294

Nationwide Insurance
Service of Process Team
Three Nationwide Plaza Mail Code 3-11-310
Columbus, OH 43215-2410

Nationwide Insurance
One Nationwide Plaza
Columbus, OH 43215

Okapi Texas, LLC
10107 Woodland Village
Austin, TX 78750-2112

One Source Gas of Austin
9300 S. IH 35
Suite A-500 Box 314
Austin, TX 78748

Prudential Overall Supply
2721 Oakmont Drive
Sandy, TX 78665

Restaurant365
7 Bendix
Irvine, CA 92618-2041

Set Point Commercial Kitchen Care, LLC
1606 Honeyweed St.
Cedar Park, TX 78613-5546

SNAGAJOB.COM/PEOPLELATTER
4851 Lake Brook Dr.
Glen Allen, VA 23060-9233

Southern Style Spices
P.O. Box 20
Manor, TX 78653-0020

SQUARE
1455 Market Street, Ste 600
San Francisco, CA 94103-1332

Texas Comptroller of Public Accounts
Revenue Accounting DIV –
Bankruptcy Sect.
P.O. Box 13528
Austin, TX 78711-3528

Texas Disposal Systems
P.O. Box 660816
Dallas, TX 75266-0816

Texas Gas Service
P.O. Box 219913
Kansas City, MO 64121-9913

Texas Tax Group, Inc.
9950 West Park Dr. Ste 430
Houston, TX 77063-5271

TMobile
Attn: Bankruptcy Team
PO Box 53410
Bellevue, WA 98015

Travis County Tax Assessor-Col
5501 Airport Blvd.
P.O. Box 149326
Austin, TX 78714-9326

Travis County
c/o Jason Starks
P.O. Box 1748
Austin, TX 78767

Tyler Browder
7309 East County Rd 96
Midland, TX 79706-4894

United Site Service
P.O. Box 660475
Dallas, TX 75266

Vonage Business
3200 Windy Hill Road, St 200 East
Atlanta, GA 30339-5640

American Express National Bank
c/o Becket and Lee LLO
PO Box 3001
Malvern, PA 19355-0701

Navitas Credit Corp.
Attn: Joyce McKulka
201 Executive Center Dr., Suite 100
Colmbia, SC 29210-8410

Capital One Bank (USA), N.A.
By American InfoSource as Agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118-7901

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

TXTAG
P.O. Box 650749
Dallas, TX 75265-0749

United Heritage
P.O. Box 1648
Austin, TX 78767-1648

U.S. Small Business Administration
Chief, AIB
409 3rd Street., SW
Washington, DC 20416

Pawnee Leasing Corp.
Attn: Sandi Car
3801 Automation Way, Ste. 207
Fort Collins, CO 80525-5735

Blue Bell Creameries, LP
1101 S. Blue Bell Rd.
Brenham, TX 77833-4413

CAB assignee of Prudential Overall Supply
14226 Ventura Blvd.
Sherman Oaks, CA 91423-2715

Capital One Bank (USA), N.A.
By American Infosource as agent
PO Box 71083
Charlotte, NC 28272-3808

Padfield & Stout, L.L.P.
C/O Joseph D. Austin
420 Throckmorton Street, Ste 1210
Fort Worth, Texas 76102

# EXHIBIT A

**EXHIBIT A**
**Gourdough's Holdings LLC (Joint Plan of Reorganization)**
**CASE NO. 20-10720**
**BALLOT SUMMARY**
**BY CLAIM**

| CLASS | TOTAL NUMBER | TOTAL AMOUNT | TOTAL VOTES | | TOTAL AMOUNT | | CLASS VOTE |
|---|---|---|---|---|---|---|---|
| | | | YES | NO | YES | NO | |
| Class 1 | | | | | | | N/A |
| Class 2 | | 0.00 | | | | | N/A |
| Class 3 | 1 | 90,296.63 | 1 | | 90,296.63 | | Accept |
| Class 4 | 3 | 54,000.04 | 3 | | 54,000.04 | | Accept |
| Class 5 | | | | | | | N/A |

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| GOURDOUGH'S HOLDINGS, LLC., | § | CASE NO. 20-10720-hcm |
| GOURDOUGH'S, LLC., and | § | CASE NO. 20-10721-hcm |
| GOURDOUGH'S PUBLIC HOUSE, LLC. | § | CASE NO. 20-10722-hcm |
| Jointly Administered Debtors[1] | § | (Chapter 11, Subchapter V) |
| | § | (Jointly Administered under |
| | § | Case NO. 20-10720-hcm) |

**BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS' FIRST AMENDED
PLAN OF REORGANIZATION**

PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT PROMPTLY.  IF YOUR VOTE HAS NOT BEEN RECEIVED BY THE DEBTORS **BEFORE 5:00 P.M., CENTRAL TIME, ON JANUARY 19, 2021 (THE "VOTING DEADLINE"), IT WILL NOT BE COUNTED.**

Gourdough's Holdings, LLC, Gourdough's, LLC, and Gourdough's Public House, LLC (together, the "Debtors"), are soliciting votes with respect to the Debtors' First Amended Plan of Reorganization (the "Plan") dated December 11, 2020.

Your rights are described in the Plan. The Plan provides information to assist you in deciding how to vote your ballot. Capitalized terms not otherwise defined herein shall have meanings ascribed to them in the Plan.

The Plan and certain other materials contained in the Solicitation Package are included in the packet you are receiving with this Ballot.  Please contact Todd Headden to obtain copies or should you have any questions regarding your ballot at the following address:

Hajjar Peters, LLP
Attn: Todd Headden
3144 Bee Caves Rd.
Austin, Texas  78746
Tel.: 512.637.4956
Fax: 512.637.4958
theadden@haywardfirm.com

**You should review the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  If you hold claims or equity interests in more than one class, you may cast a ballot for each class in which you are entitled to vote.**

---

[1] The last four digits of each Debtor's federal tax identification number are: Gourdough's Holdings, LLC (5480), Gourdough's, LLC (2197), and Gourdough's Public House, LLC (5778). The Debtors' mailing address is 4618 Englewood Dr. Austin, Texas 78745.

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

---

**Item 1.**          **Name of Holder and Aggregate Principal Amount of Claim.**

This Ballot is cast by or on behalf of Pawnee Leasing Corporation (name of the Holder) in the

aggregate principal amount of  $90,296.63.

Address: c/o Padfield & Stout, LLP, 420 Throckmorton St. Ste. 1210, Fort Worth, Texas 76102.

---

**Item 2.**          **Class Vote.**

The holder of the (check one box only):

| | | |
|---|---|---|
| ☐ | Class 1 | IRS Priority Claim against Gourdough's Public House, LLC |
| ☐ | Class 2 | Texas Comptroller's Secured Claim against Gourdough's Public House, LLC |
| ☒ | Class 3 | General Unsecured Claims against Gourdough's, LLC |
| ☐ | Class 4 | General Unsecured Claims Against Gourdough's Public House, LLC |
| ☐ | Class 5 | Allowed Equity Interests in the Debtors |

Votes its claim as follows (check one box only):

|  **ACCEPT** | | **REJECT** |
| **THE PLAN** | | **THE PLAN** |

☒    **-OR-**    ☐

(In the event a claimholder fails to indicate the class of claims in which the Ballot is cast, the Debtors are authorized to determine the appropriate class and to tabulate the Ballot based on that determination.)

---

**Item 3.**      **Certification**

By returning this Ballot, the voter certifies and/or acknowledges that: (a) the claim holder has been provided with a copy of the Plan; and (b) the claim holder has full power and authority to vote to accept or reject the Plan.

Signature: _Joseph D. Austin_      Dated: _1/19/2021_

Holder's
Name: _Joseph D. Austin_

By: _____

Title: _Attorney for Pawnee Leasing Corporation_

Address: _420 Throckmorton St., Suite 1210_

_Fort Worth, Texas 76102_

---

     **If your ballot is not received at the below address on or before January 19, 2021, at 5:00 p.m. Central Time, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**Return this ballot to:**
Hajjar Peters, LLP
Attn: Todd Headden
3144 Bee Caves Rd.
Austin, Texas  78746
Tel.: 512.637.4956/Fax: 512.637.4958
theadden@haywardfirm.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| GOURDOUGH'S HOLDINGS, LLC., | § | CASE NO. 20-10720-hcm |
| GOURDOUGH'S, LLC., and | § | CASE NO. 20-10721-hcm |
| GOURDOUGH'S PUBLIC HOUSE, LLC. | § | CASE NO. 20-10722-hcm |
| Jointly Administered Debtors[1] | § | (Chapter 11, Subchapter V) |
| | § | (Jointly Administered under |
| | § | Case NO. 20-10720-hcm) |

**BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS' FIRST AMENDED
PLAN OF REORGANIZATION**

PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT PROMPTLY.  IF YOUR VOTE HAS NOT BEEN RECEIVED BY THE DEBTORS **BEFORE 5:00 P.M., CENTRAL TIME, ON JANUARY 19, 2021 (THE "VOTING DEADLINE"), IT WILL NOT BE COUNTED.**

Gourdough's Holdings, LLC, Gourdough's, LLC, and Gourdough's Public House, LLC (together, the "Debtors"), are soliciting votes with respect to the Debtors' First Amended Plan of Reorganization (the "Plan") dated December 11, 2020.

Your rights are described in the Plan. The Plan provides information to assist you in deciding how to vote your ballot. Capitalized terms not otherwise defined herein shall have meanings ascribed to them in the Plan.

The Plan and certain other materials contained in the Solicitation Package are included in the packet you are receiving with this Ballot.  Please contact Todd Headden to obtain copies or should you have any questions regarding your ballot at the following address:

Hajjar Peters, LLP
Attn: Todd Headden
3144 Bee Caves Rd.
Austin, Texas  78746
Tel.: 512.637.4956
Fax: 512.637.4958
theadden@haywardfirm.com

**You should review the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  If you hold claims or equity interests in more than one class, you may cast a ballot for each class in which you are entitled to vote.**

---

[1] The last four digits of each Debtor's federal tax identification number are: Gourdough's Holdings, LLC (5480), Gourdough's, LLC (2197), and Gourdough's Public House, LLC (5778). The Debtors' mailing address is 4618 Englewood Dr. Austin, Texas 78745.

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

---

**Item 1.**      **Name of Holder and Aggregate Principal Amount of Claim.**

This Ballot is cast by or on behalf of ___Navitas Credit Corp___ (name of the

Holder) in the aggregate principal amount of  $ ___28,398.35___ .

Address: ___201 Executive Center Dr. Suite 100 , Columbia, SC 29210.___

---

**Item 2.**      **Class Vote.**

The holder of the (check one box only):

| | | |
|---|---|---|
| ☐ | Class 1 | IRS Priority Claim against Gourdough's Public House, LLC |
| ☐ | Class 2 | Texas Comptroller's Secured Claim against Gourdough's Public House, LLC |
| ☐ | Class 3 | General Unsecured Claims against Gourdough's, LLC |
| ☒ | Class 4 | General Unsecured Claims Against Gourdough's Public House, LLC |
| ☐ | Class 5 | Allowed Equity Interests in the Debtors |

Votes its claim as follows (check one box only):

| ACCEPT | | REJECT |
|--------|--|--------|
| THE PLAN | | THE PLAN |

☒     **-OR-**     ☐

(In the event a claimholder fails to indicate the class of claims in which the Ballot is cast, the Debtors are authorized to determine the appropriate class and to tabulate the Ballot based on that determination.)

---

**Item 3.**     **Certification**

By returning this Ballot, the voter certifies and/or acknowledges that: (a) the claim holder has been provided with a copy of the Plan; and (b) the claim holder has full power and authority to vote to accept or reject the Plan.

Signature: _(signature)_       Dated: _1/19/2021_

Holder's
Name: _Navitus Credit Corp_
By: _B. Leighton Best Sc._
Title: _Recovery Manager_
Address: _201 Executive Center Dr. Suite 100_
_Columbia, SC 29210_

---

**If your ballot is not received at the below address on or before January 19, 2021, at 5:00 p.m. Central Time, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**Return this ballot to:**
Hajjar Peters, LLP
Attn: Todd Headden
3144 Bee Caves Rd.
Austin, Texas  78746
Tel.: 512.637.4956/Fax: 512.637.4958
theadden@haywardfirm.com

## INSTRUCTIONS FOR COMPLETING THE BALLOT

The Debtors are soliciting your vote with respect to the Plan. Please review the Plan in its entirety, including exhibits, before you vote.

The United States Bankruptcy Court for the Western District of Texas signed an order which establishes certain procedures (the "Voting Procedures") for the solicitation and tabulation of votes or reject the Plan. Please review the Voting Procedures carefully before completing this Ballot.

***Instructions: Please complete this Ballot as follows:***

- (a) Complete Item 1;
- (b) Indicate the class of claims in which the Ballot is cast by checking the appropriate box in Item 2;
- (c) Vote to accept or reject the Plan by checking the appropriate box in Item 2;
- (d) Review the acknowledgment and certification set forth in Item 3;
- (e) Date this Ballot, and provide your address; and
- (f) If you are completing this Ballot on behalf of another entity, indicate your relationship with such entity and the capacity in which you are signing, and provide proof of your authorization to so sign.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE, SIGN AND RETURN THIS BALLOT SO THAT IT IS RECEIVED BY THE DEBTORS NO LATER THAN 5:00 P.M., C.T., ON JANUARY 19, 2021.**

**YOUR ORIGINAL SIGNATURE IS REQUIRED ON THE BALLOT IN ORDER FOR YOUR VOTE TO COUNT.**

**YOU MUST VOTE ALL OF YOUR CLAIMS WITHIN A CLASS UNDER THE PLAN EITHER TO ACCEPT OR REJECT THE PLAN. A BALLOT THAT PARTIALLY ACCEPTS AND PARTIALLY REJECTS THE PLAN WILL NOT BE COUNTED.**

**IN THE EVENT YOU FAIL TO INDICATE THE CLASS OF CLAIMS IN WHICH THE BALLOT IS CAST, THE DEBTORS ARE AUTHORIZED TO COUNT YOUR BALLOT BASED ON THE CORRECT AMOUNT OF THE CLAIM AS INDICATED ON EITHER: (i) A PROOF OF CLAIM YOU FILED IN THE DEBTORS' BANKRUPTCY CASE, OR (ii) IF NO PROOF OF CLAIM HAS BEEN FILED, THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES FILED WITH THE COURT.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| GOURDOUGH'S HOLDINGS, LLC., | § | CASE NO. 20-10720-hcm |
| GOURDOUGH'S, LLC., and | § | CASE NO. 20-10721-hcm |
| GOURDOUGH'S PUBLIC HOUSE, LLC. | § | CASE NO. 20-10722-hcm |
| Jointly Administered Debtors[1] | § | (Chapter 11, Subchapter V) |
| | § | (Jointly Administered under |
| | § | Case NO. 20-10720-hcm) |

## AMENDED

### BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS' FIRST AMENDED PLAN OF REORGANIZATION

PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT PROMPTLY. IF YOUR VOTE HAS NOT BEEN RECEIVED BY THE DEBTORS **BEFORE 5:00 P.M., CENTRAL TIME, ON JANUARY 19, 2021 (THE "VOTING DEADLINE"), IT WILL NOT BE COUNTED.**

Gourdough's Holdings, LLC, Gourdough's, LLC, and Gourdough's Public House, LLC (together, the "Debtors"), are soliciting votes with respect to the Debtors' First Amended Plan of Reorganization (the "Plan") dated December 11, 2020.

Your rights are described in the Plan. The Plan provides information to assist you in deciding how to vote your ballot. Capitalized terms not otherwise defined herein shall have meanings ascribed to them in the Plan.

The Plan and certain other materials contained in the Solicitation Package are included in the packet you are receiving with this Ballot. Please contact Todd Headden to obtain copies or should you have any questions regarding your ballot at the following address:

Hajjar Peters, LLP
Attn: Todd Headden
3144 Bee Caves Rd.
Austin, Texas 78746
Tel.: 512.637.4956
Fax: 512.637.4958
theadden@haywardfirm.com

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you may cast a ballot for each class in which you are entitled to vote.**

---

[1] The last four digits of each Debtor's federal tax identification number are: Gourdough's Holdings, LLC (5480), Gourdough's, LLC (2197), and Gourdough's Public House, LLC (5778). The Debtors' mailing address is 4618 Englewood Dr. Austin, Texas 78745.

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

---

**Item 1.**   **Name of Holder and Aggregate Principal Amount of Claim.**

This Ballot is cast by or on behalf of  American Express National Bank      (name of the

Holder) in the aggregate principal amount of  $ 22,618.99          .  Account Ending: 2009

Address:   c/o Becket & Lee LLP, PO Box 3001, Malvern PA 19355                .

---

**Item 2.**   **Class Vote.**

The holder of the (check one box only):

☐  Class 1   IRS Priority Claim against
          Gourdough's Public House,
          LLC

☐  Class 2   Texas Comptroller's Secured
          Claim against Gourdough's
          Public House, LLC

☐  Class 3   General Unsecured Claims
          against Gourdough's, LLC

☒  Class 4   General Unsecured Claims
          Against Gourdough's Public
          House, LLC

☐  Class 5   Allowed Equity Interests in
          the Debtors

Votes its claim as follows (check one box only):

| ACCEPT | | REJECT |
| --- | --- | --- |
| THE PLAN | | THE PLAN |

[X]      -OR-      [ ]

(In the event a claimholder fails to indicate the class of claims in which the Ballot is cast, the Debtors are authorized to determine the appropriate class and to tabulate the Ballot based on that determination.)

**Item 3.      Certification**

By returning this Ballot, the voter certifies and/or acknowledges that: (a) the claim holder has been provided with a copy of the Plan; and (b) the claim holder has full power and authority to vote to accept or reject the Plan.

Signature: _Dawn S. Osman_      Dated: _January 20, 2021_
for

Holder's
Name:      American Express National Bank

By:      Kenneth W. Kleppinger

Title:      Attorney/Agent for creditor

Address:      c/o Becket & Lee LLP

PO Box 3001, Malvern PA 19355

**If your ballot is not received at the below address on or before January 19, 2021, at 5:00 p.m. Central Time, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**Return this ballot to:**
Hajjar Peters, LLP
Attn: Todd Headden
3144 Bee Caves Rd.
Austin, Texas 78746
Tel.: 512.637.4956/Fax: 512.637.4958
theadden@haywardfirm.com

## INSTRUCTIONS FOR COMPLETING THE BALLOT

The Debtors are soliciting your vote with respect to the Plan. Please review the Plan in its entirety, including exhibits, before you vote.

The United States Bankruptcy Court for the Western District of Texas signed an order which establishes certain procedures (the "Voting Procedures") for the solicitation and tabulation of votes or reject the Plan. Please review the Voting Procedures carefully before completing this Ballot.

***Instructions: Please complete this Ballot as follows:***

    (a)    Complete Item 1;

    (b)    Indicate the class of claims in which the Ballot is cast by checking the appropriate box in Item 2;

    (c)    Vote to accept or reject the Plan by checking the appropriate box in Item 2;

    (d)    Review the acknowledgment and certification set forth in Item 3;

    (e)    Date this Ballot, and provide your address; and

    (f)    If you are completing this Ballot on behalf of another entity, indicate your relationship with such entity and the capacity in which you are signing, and provide proof of your authorization to so sign.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE, SIGN AND RETURN THIS BALLOT SO THAT IT IS RECEIVED BY THE DEBTORS NO LATER THAN 5:00 P.M., C.T., ON JANUARY 19, 2021.**

**YOUR ORIGINAL SIGNATURE IS REQUIRED ON THE BALLOT IN ORDER FOR YOUR VOTE TO COUNT.**

**YOU MUST VOTE ALL OF YOUR CLAIMS WITHIN A CLASS UNDER THE PLAN EITHER TO ACCEPT OR REJECT THE PLAN. A BALLOT THAT PARTIALLY ACCEPTS AND PARTIALLY REJECTS THE PLAN WILL NOT BE COUNTED.**

**IN THE EVENT YOU FAIL TO INDICATE THE CLASS OF CLAIMS IN WHICH THE BALLOT IS CAST, THE DEBTORS ARE AUTHORIZED TO COUNT YOUR BALLOT BASED ON THE CORRECT AMOUNT OF THE CLAIM AS INDICATED ON EITHER: (i) A PROOF OF CLAIM YOU FILED IN THE DEBTORS' BANKRUPTCY CASE, OR (ii) IF NO PROOF OF CLAIM HAS BEEN FILED, THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES FILED WITH THE COURT.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| GOURDOUGH'S HOLDINGS, LLC., | § | CASE NO. 20-10720-hcm |
| GOURDOUGH'S, LLC., and | § | CASE NO. 20-10721-hcm |
| GOURDOUGH'S PUBLIC HOUSE, LLC. | § | CASE NO. 20-10722-hcm |
| Jointly Administered Debtors[1] | § | (Chapter 11, Subchapter V) |
| | § | (Jointly Administered under |
| | § | Case NO. 20-10720-hcm) |

# AMENDED

## BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS' FIRST AMENDED PLAN OF REORGANIZATION

PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT PROMPTLY. IF YOUR VOTE HAS NOT BEEN RECEIVED BY THE DEBTORS **BEFORE 5:00 P.M., CENTRAL TIME, ON JANUARY 19, 2021 (THE "VOTING DEADLINE"), IT WILL NOT BE COUNTED.**

Gourdough's Holdings, LLC, Gourdough's, LLC, and Gourdough's Public House, LLC (together, the "Debtors"), are soliciting votes with respect to the Debtors' First Amended Plan of Reorganization (the "Plan") dated December 11, 2020.

Your rights are described in the Plan. The Plan provides information to assist you in deciding how to vote your ballot. Capitalized terms not otherwise defined herein shall have meanings ascribed to them in the Plan.

The Plan and certain other materials contained in the Solicitation Package are included in the packet you are receiving with this Ballot. Please contact Todd Headden to obtain copies or should you have any questions regarding your ballot at the following address:

Hajjar Peters, LLP
Attn: Todd Headden
3144 Bee Caves Rd.
Austin, Texas 78746
Tel.: 512.637.4956
Fax: 512.637.4958
theadden@haywardfirm.com

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you may cast a ballot for each class in which you are entitled to vote.**

---

[1] The last four digits of each Debtor's federal tax identification number are: Gourdough's Holdings, LLC (5480), Gourdough's, LLC (2197), and Gourdough's Public House, LLC (5778). The Debtors' mailing address is 4618 Englewood Dr. Austin, Texas 78745.

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

---

**Item 1.**    **Name of Holder and Aggregate Principal Amount of Claim.**

This Ballot is cast by or on behalf of   American Express National Bank          (name of the

Holder) in the aggregate principal amount of  $2,982.70              .   Account Ending: 3004

Address:   c/o Becket & Lee LLP, PO Box 3001, Malvern PA 19355                    .

---

**Item 2.**    **Class Vote.**

The holder of the (check one box only):

- ☐  Class 1    IRS Priority Claim against Gourdough's Public House, LLC

- ☐  Class 2    Texas Comptroller's Secured Claim against Gourdough's Public House, LLC

- ☐  Class 3    General Unsecured Claims against Gourdough's, LLC

- ☒  Class 4    General Unsecured Claims Against Gourdough's Public House, LLC

- ☐  Class 5    Allowed Equity Interests in the Debtors

Votes its claim as follows (check one box only):

| ACCEPT | | REJECT |
| --- | --- | --- |
| THE PLAN | | THE PLAN |

☒            -OR-            ☐

(In the event a claimholder fails to indicate the class of claims in which the Ballot is cast, the Debtors are authorized to determine the appropriate class and to tabulate the Ballot based on that determination.)

**Item 3.**      **Certification**

By returning this Ballot, the voter certifies and/or acknowledges that: (a) the claim holder has been provided with a copy of the Plan; and (b) the claim holder has full power and authority to vote to accept or reject the Plan.

Signature: *Dawn S. Osman for*            Dated:    January 20, 2021

Holder's
Name:     American Express National Bank

By:        Kenneth W. Kleppinger

Title:     Attorney/Agent for creditor

Address:   c/o Becket & Lee LLP

           PO Box 3001, Malvern PA 19355

**If your ballot is not received at the below address on or before January 19, 2021, at 5:00 p.m. Central Time, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**Return this ballot to:**
Hajjar Peters, LLP
Attn: Todd Headden
3144 Bee Caves Rd.
Austin, Texas  78746
Tel.: 512.637.4956/Fax: 512.637.4958
theadden@haywardfirm.com

## INSTRUCTIONS FOR COMPLETING THE BALLOT

The Debtors are soliciting your vote with respect to the Plan. Please review the Plan in its entirety, including exhibits, before you vote.

The United States Bankruptcy Court for the Western District of Texas signed an order which establishes certain procedures (the "Voting Procedures") for the solicitation and tabulation of votes or reject the Plan. Please review the Voting Procedures carefully before completing this Ballot.

*Instructions: Please complete this Ballot as follows:*

- (a) Complete Item 1;
- (b) Indicate the class of claims in which the Ballot is cast by checking the appropriate box in Item 2;
- (c) Vote to accept or reject the Plan by checking the appropriate box in Item 2;
- (d) Review the acknowledgment and certification set forth in Item 3;
- (e) Date this Ballot, and provide your address; and
- (f) If you are completing this Ballot on behalf of another entity, indicate your relationship with such entity and the capacity in which you are signing, and provide proof of your authorization to so sign.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE, SIGN AND RETURN THIS BALLOT SO THAT IT IS RECEIVED BY THE DEBTORS NO LATER THAN 5:00 P.M., C.T., ON JANUARY 19, 2021.**

**YOUR ORIGINAL SIGNATURE IS REQUIRED ON THE BALLOT IN ORDER FOR YOUR VOTE TO COUNT.**

**YOU MUST VOTE ALL OF YOUR CLAIMS WITHIN A CLASS UNDER THE PLAN EITHER TO ACCEPT OR REJECT THE PLAN. A BALLOT THAT PARTIALLY ACCEPTS AND PARTIALLY REJECTS THE PLAN WILL NOT BE COUNTED.**

**IN THE EVENT YOU FAIL TO INDICATE THE CLASS OF CLAIMS IN WHICH THE BALLOT IS CAST, THE DEBTORS ARE AUTHORIZED TO COUNT YOUR BALLOT BASED ON THE CORRECT AMOUNT OF THE CLAIM AS INDICATED ON EITHER: (i) A PROOF OF CLAIM YOU FILED IN THE DEBTORS' BANKRUPTCY CASE, OR (ii) IF NO PROOF OF CLAIM HAS BEEN FILED, THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES FILED WITH THE COURT.**